IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DREW FOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:18cv349-WHA |
| ) | [WO] |
| WALTER WOODS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On May 8, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the record and upon consideration of the Recommendation, and in light of Plaintiff's complete failure to respond to court orders or to appear in this action personally or by counsel, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 4) is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to prosecute and for failure to obey court orders.

Final judgment will be entered separately.

DONE this 30th day of May, 2018.

                                              /s/   W. Harold Albritton, III
                                            SENIOR UNITED STATES DISTRICT JUDGE